IH-14

Case 1:07-mj-00517-UA    Document 6    Filed 05/09/2007    Page 1 of 1

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

UNITED STATES OF AMERICA
against
_Louis Rodriguez_
(Alias) _"El Gordito"_

Please PRINT Clearly

DOCKET NO. ASSIGNED: 07 Mag 517
JUDGE OR MAGISTRATE JUDGE

**NOTICE OF APPEARANCE**

TO: JAMES M. PARKISON, CLERK

SIR: YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT INDICATED ABOVE IN THE ENTITLED ACTION.

I AM APPEARING IN THIS ACTION AS (Please check one)

1. [ ] CJA    2. [✓] RETAINED    3. [ ] PUBLIC DEFENDER (Legal Aid)

ADMITTED TO PRACTICE IN THIS COURT [ ] NO    [✓] YES - IF YES GIVE YOUR DATE OF ADMISSION. MO. _08_ YR. _1987_

I DO HEREBY CERTIFY THAT I HAVE FILED OR WILL FILE A CERTIFICATE OF GOOD STANDING FROM THE _New York_ STATE COURT, PURSUANT TO CRIMINAL RULE 1 OF THE LOCAL RULES FOR THE SOUTHERN AND EASTERN DISTRICTS OF NEW YORK.

DATED: NEW YORK, NEW YORK
May 9, 2007

SIGNATURE _[signature]_
PRINT THE FOLLOWING INFORMATION CLEARLY
Mark I. Cohen
Attorney for Defendant
Cohen, Frankel + Ruggiero, LLP
Firm name if any
20 Vesey Street, Suite 1200
Street address
New York    NY    10007
City    State    Zip
(212) 732-0002
Telephone No

NOTE: PLEASE COMPLETE THIS NOTICE OF APPEARANCE AND SUBMIT TO THE CLERK.
SNY CR. FORM REV. 0186